IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEE, #184 070, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-790-TMH |
| | ) | |
| | ) | |
| MRS. GIPSON, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failure to pay the requisite $350.00 filing fee upon the initiation of this cause of action.

A separate judgment shall issue.

Done this 29th day of October, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE